# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| David Antonio Little, Jr., | Case No. 0:23-cv-2876-RMG |
| Plaintiff, | **ORDER** |
| v. | |
| Jevelton Gee, *et al.*, | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation ("R&R") of the Magistrate Judge (Dkt. No. 14) recommending that the Court dismiss Plaintiff's complaint for failure to prosecute and failure to follow a court order pursuant to Fed. R. Civ. P. 41. The R&R notes that Plaintiff was directed, on June 28, 2023, to file the documents necessary to bring this case into proper form for the issuance and service of process. (Dkt. No. 14 at 1) ("The court also issued an order identifying the deficiencies in Plaintiff's Complaint that subject this case to summary dismissal pursuant to 28 U.S.C. § 1915A."); (Dkt. Nos. 6, 7); *see also Lutfi v. Training Etc, Inc.*, 787 F. App'x 190, 191 (4th Cir. 2019) ("Where a litigant has ignored an express warning that noncompliance with a court order will result in dismissal, the district court should dismiss the case.") To date, Plaintiff has not filed anything in response to the Court's orders or the R&R recommending dismissal of this action. Accordingly, the Court adopts the R&R as the order of this Court and this matter is dismissed without prejudice.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel<br>
United States District Judge

September 5, 2023<br>
Charleston, South Carolina